```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
CHARLES DAVIDSON and BERNARD        :
SAMSON, on Behalf of Themselves     :
and All Others Similarly Situated   :
                                    :
              Plaintiffs,           :        05-CIV-0289 (KMW)
                                    :
         -against-                  :        ORDER OF DISMISSAL
                                    :
BRUCE W. CALVERT, et al.,           :
                                    :
              Defendants.           :
                                    :
------------------------------------x


        The Court having been advised that all claims asserted

herein have been settled, it is

        ORDERED, that the above-entitled action be, and hereby

is, dismissed with prejudice but without costs; provided however,

that if the settlement is not consummated within ninety days of

this order, either party may apply by letter within the ninety-

day period for restoration of the action to the calendar of the

undersigned, in which event the action will be restored.  Any

pending motions are moot.


                              _____
                                        Kimba M. Wood
                              United States District Judge


Dated: New York, New York
       April 11, 2005